IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDY LEE MORELAND,

    Plaintiff,

v.                                                              4:23cv94–WS/MAF

COWETA COUNTY
DETENTION CENTER/JAIL,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed March 13, 2023. The magistrate judge recommends that this action be transferred to the Northern District of Georgia. Plaintiff has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 3) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Northern District of Georgia, Newnan Division, for all further proceedings.

DONE AND ORDERED this ___12th___ day of ___April___, 2023.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE